# Exhibit B

On Mon, Jun 23, 2025 at 2:05 PM Bobby Harl <Spike@backpewbrewing.com> wrote:

> Hey all,
>
> I am a brewery down in the Houston area, and I got hit up from a few folks about the new beer y'all are launching called The Satyr. Our Bock Satyr's Swill (and new sub product Son of Satyr) has been using that word/name for some time now (2016), so before it is or becomes a problem I thought we'd have a conversation about it. I have no idea if it's a one-off, new core, for distro, or what, but I figure we could probably figure it out between us.
>
> Let me know and feel free to email me back or call me at my cell below.
>
> Cheers,
>
> Bobby Harl, PhD, MBA
> Owner/Brewer
> Back Pew Brewing
> 832-515-0808