# Exhibit C

**From:** Jeffrey Stuffings <jstuffings@jesterkingbrewery.com>
**Sent:** Monday, June 23, 2025 2:34 PM
**To:** Bobby Harl <Spike@backpewbrewing.com>
**Subject:** Re: Satyr Name Discussion

Hi Bobby,

Happy to chat sometime. The Satyr is new core for us that sees distro in Texas and beyond.

Cheers,


Jeffrey Stuffings
Co-Founder
Jester King Brewery
13187 Fitzhugh Rd.
Austin, TX 78736
(512) 364-7278 (cell)
www.jesterkingbrewery.com



On Mon, Jun 23, 2025 at 2:05 PM Bobby Harl <Spike@backpewbrewing.com> wrote:

Hey all,

I am a brewery down in the Houston area, and I got hit up from a few folks about the new beer y'all are launching called The Satyr. Our Bock Satyr's Swill (and new sub product Son of Satyr) has been using that word/name for some time now (2016), so before it is or becomes a problem I thought we'd have a conversation about it. I have no idea if it's a one-off, new core, for distro, or what, but I figure we could probably figure it out between us.

Let me know and feel free to email me back or call me at my cell below.

Cheers,

Bobby Harl, PhD, MBA
Owner/Brewer
Back Pew Brewing
832-515-0808