# Exhibit F

| | |
|---|---|
| **From:** | Bobby Harl |
| **To:** | Jeffrey Stuffings |
| **Subject:** | RE: Satyr Name Discussion |
| **Date:** | Wednesday, June 25, 2025 11:17:00 AM |

Hey Jeffrey,

Just wanted to ping you again to see when would be a good time to chat. Let me know a good time for a call; I tried the other day but figured you have lots going on as well.

Cheers,

Bobby Harl, PhD, MBA
Owner/Brewer
Back Pew Brewing
832-515-0808

**From:** Jeffrey Stuffings <jstuffings@jesterkingbrewery.com>
**Sent:** Monday, June 23, 2025 2:34 PM
**To:** Bobby Harl <Spike@backpewbrewing.com>
**Subject:** Re: Satyr Name Discussion

Hi Bobby,

Happy to chat sometime. The Satyr is new core for us that sees distro in Texas and beyond.

Cheers,

Jeffrey Stuffings
Co-Founder
Jester King Brewery
13187 Fitzhugh Rd.
Austin, TX 78736
(512) 364-7278 (cell)
www.jesterkingbrewery.com



On Mon, Jun 23, 2025 at 2:05 PM Bobby Harl <Spike@backpewbrewing.com> wrote:

> Hey all,
>
> I am a brewery down in the Houston area, and I got hit up from a few folks about the new beer y'all are launching called The Satyr. Our Bock Satyr's Swill (and new sub product Son of Satyr) has been using that word/name for some time now (2016), so before it is or becomes a problem I thought we'd have a conversation about it. I have no idea if it's a one-off, new core, for distro, or what, but I figure we could probably figure it out between us.
>
> Let me know and feel free to email me back or call me at my cell below.
>
> Cheers,
>
> Bobby Harl, PhD, MBA
> Owner/Brewer
> Back Pew Brewing
> 832-515-0808