# Exhibit I

| | |
|---|---|
| **From:** | Bobby Harl |
| **To:** | Jeffrey Stuffings |
| **Subject:** | RE: Satyr Name Discussion |
| **Date:** | Tuesday, July 29, 2025 11:21:00 AM |

Jeffrey,

I'm available all week- let me know a good time to call. That, or if it's best to just call, I'll start doing that. We need to go ahead and talk about this issue as it's been about a month to just try and talk about it.

Cheers,

Bobby Harl, PhD, MBA
Owner/Brewer
Back Pew Brewing
832-515-0808

**From:** Jeffrey Stuffings <jstuffings@jesterkingbrewery.com>
**Sent:** Monday, July 21, 2025 1:14 PM
**To:** Bobby Harl <Spike@backpewbrewing.com>
**Subject:** Re: Satyr Name Discussion

What's another time for you?


Jeffrey Stuffings
Co-Founder
Jester King Brewery
13187 Fitzhugh Rd.
Austin, TX 78736
(512) 364-7278 (cell)
www.jesterkingbrewery.com



On Wed, Jul 9, 2025 at 2:29 PM Bobby Harl <Spike@backpewbrewing.com> wrote:

> Jeffrey,
>
> I'm on vacation that day through the weekend. If there is not another time sooner, how about 9:00 am CST on Monday, 7/21/2025?
>
> Cheers,
>
> Bobby Harl, PhD, MBA
> Owner/Brewer
> Back Pew Brewing
> 832-515-0808
>
> ---
>
> **From:** Jeffrey Stuffings <jstuffings@jesterkingbrewery.com>
> **Sent:** Wednesday, July 9, 2025 2:03 PM
> **To:** Bobby Harl <Spike@backpewbrewing.com>
> **Subject:** Re: Satyr Name Discussion
>
> Hi Bobby,
>
> Next Thursday afternoon the 17th would work for me.
>
> Jeffrey Stuffings
> Co-Founder
> Jester King Brewery

13187 Fitzhugh Rd.
Austin, TX 78736
(512) 364-7278 (cell)
www.jesterkingbrewery.com



On Tue, Jul 8, 2025 at 1:34 PM Bobby Harl <Spike@backpewbrewing.com> wrote:

Hello Jeffrey,

Reaching out again to see a good time to discuss the Satyr issue. Please let me know a good time to talk soon so we can get this resolved.

Cheers,

Bobby Harl, PhD, MBA
Owner/Brewer
Back Pew Brewing
832-515-0808

**From:** Bobby Harl
**Sent:** Wednesday, June 25, 2025 11:18 AM
**To:** Jeffrey Stuffings <jstuffings@jesterkingbrewery.com>
**Subject:** RE: Satyr Name Discussion

Hey Jeffrey,

Just wanted to ping you again to see when would be a good time to chat. Let me know

a good time for a call; I tried the other day but figured you have lots going on as well.

Cheers,

Bobby Harl, PhD, MBA
Owner/Brewer
Back Pew Brewing
832-515-0808

**From:** Jeffrey Stuffings <jstuffings@jesterkingbrewery.com>
**Sent:** Monday, June 23, 2025 2:34 PM
**To:** Bobby Harl <Spike@backpewbrewing.com>
**Subject:** Re: Satyr Name Discussion

Hi Bobby,

Happy to chat sometime. The Satyr is new core for us that sees distro in Texas and beyond.

Cheers,

Jeffrey Stuffings
Co-Founder
Jester King Brewery
13187 Fitzhugh Rd.
Austin, TX 78736
(512) 364-7278 (cell)
www.jesterkingbrewery.com

On Mon, Jun 23, 2025 at 2:05 PM Bobby Harl <Spike@backpewbrewing.com> wrote:

> Hey all,
>
> I am a brewery down in the Houston area, and I got hit up from a few folks about the new beer y'all are launching called The Satyr. Our Bock Satyr's Swill (and new sub product Son of Satyr) has been using that word/name for some time now (2016), so before it is or becomes a problem I thought we'd have a conversation about it. I have no idea if it's a one-off, new core, for distro, or what, but I figure we could probably figure it out between us.
>
> Let me know and feel free to email me back or call me at my cell below.
>
> Cheers,
>
> Bobby Harl, PhD, MBA
> Owner/Brewer
> Back Pew Brewing
> 832-515-0808