# Exhibit J

**From:** Bobby Harl
**To:** Jeffrey Stuffings
**Subject:** RE: Satyr Name Discussion
**Date:** Wednesday, August 6, 2025 8:19:00 AM

Hello Jeffrey,

I've been trying to talk with you for a good while now as we have an issue with the name for your Satyr beer. Please let me know a time to chat before the end of the week if possible or my legal team will have to take over. I'd rather us deal with it brewer to brewer if possible, but let me know how you'd like to proceed.

Cheers,

Bobby Harl, PhD, MBA
Owner/Brewer
Back Pew Brewing
832-515-0808

**From:** Jeffrey Stuffings <jstuffings@jesterkingbrewery.com>
**Sent:** Monday, July 21, 2025 1:14 PM
**To:** Bobby Harl <Spike@backpewbrewing.com>
**Subject:** Re: Satyr Name Discussion

What's another time for you?


Jeffrey Stuffings
Co-Founder
Jester King Brewery
13187 Fitzhugh Rd.
Austin, TX 78736
(512) 364-7278 (cell)
www.jesterkingbrewery.com



On Wed, Jul 9, 2025 at 2:29 PM Bobby Harl <Spike@backpewbrewing.com> wrote:

> Jeffrey,
>
> I'm on vacation that day through the weekend. If there is not another time sooner, how about 9:00 am CST on Monday, 7/21/2025?
>
> Cheers,
>
> Bobby Harl, PhD, MBA
> Owner/Brewer
> Back Pew Brewing
> 832-515-0808
>
> ---
>
> **From:** Jeffrey Stuffings <jstuffings@jesterkingbrewery.com>
> **Sent:** Wednesday, July 9, 2025 2:03 PM
> **To:** Bobby Harl <Spike@backpewbrewing.com>
> **Subject:** Re: Satyr Name Discussion
>
> Hi Bobby,
>
> Next Thursday afternoon the 17th would work for me.
>
>
> Jeffrey Stuffings
> Co-Founder
> Jester King Brewery

13187 Fitzhugh Rd.
Austin, TX 78736
(512) 364-7278 (cell)
www.jesterkingbrewery.com



On Tue, Jul 8, 2025 at 1:34 PM Bobby Harl <Spike@backpewbrewing.com> wrote:

Hello Jeffrey,

Reaching out again to see a good time to discuss the Satyr issue. Please let me know a good time to talk soon so we can get this resolved.

Cheers,

Bobby Harl, PhD, MBA
Owner/Brewer
Back Pew Brewing
832-515-0808

**From:** Bobby Harl
**Sent:** Wednesday, June 25, 2025 11:18 AM
**To:** Jeffrey Stuffings <jstuffings@jesterkingbrewery.com>
**Subject:** RE: Satyr Name Discussion

Hey Jeffrey,

Just wanted to ping you again to see when would be a good time to chat. Let me know

a good time for a call; I tried the other day but figured you have lots going on as well.

Cheers,

Bobby Harl, PhD, MBA
Owner/Brewer
Back Pew Brewing
832-515-0808

---

**From:** Jeffrey Stuffings <jstuffings@jesterkingbrewery.com>
**Sent:** Monday, June 23, 2025 2:34 PM
**To:** Bobby Harl <Spike@backpewbrewing.com>
**Subject:** Re: Satyr Name Discussion

Hi Bobby,

Happy to chat sometime. The Satyr is new core for us that sees distro in Texas and beyond.

Cheers,

Jeffrey Stuffings
Co-Founder
Jester King Brewery
13187 Fitzhugh Rd.
Austin, TX 78736
(512) 364-7278 (cell)
www.jesterkingbrewery.com

[?]

On Mon, Jun 23, 2025 at 2:05 PM Bobby Harl <Spike@backpewbrewing.com> wrote:

> Hey all,
>
> I am a brewery down in the Houston area, and I got hit up from a few folks about the new beer y'all are launching called The Satyr. Our Bock Satyr's Swill (and new sub product Son of Satyr) has been using that word/name for some time now (2016), so before it is or becomes a problem I thought we'd have a conversation about it. I have no idea if it's a one-off, new core, for distro, or what, but I figure we could probably figure it out between us.
>
> Let me know and feel free to email me back or call me at my cell below.
>
> Cheers,
>
> Bobby Harl, PhD, MBA
> Owner/Brewer
> Back Pew Brewing
> 832-515-0808