# Exhibit L

**From:** Jeffrey Stuffings <jstuffings@jesterkingbrewery.com>
**Sent:** Thursday, August 21, 2025 9:58 AM
**To:** Bernice J. Bertram <bjbertram@garnerlegal.com>
**Cc:** Elliot Ginsburg <EGinsburg@garnerlegal.com>
**Subject:** Re: The Satyr - Back Pew Brewing

 IRONSCALES couldn't recognize this email as this is the first time you received an email from this sender jstuffings@jesterkingbrewery.com

Hello Bernice,

Nice to make your acquaintance. As a starter, and as I'd assume you already know, we're conflicted out of Drumm Law in this matter. I'd ask as a courtesy that you please factor the retention of new trademark counsel on our end into your timeline.

As far as the substantive matter, and before we retain new counsel, I'd throw this out now as a way to skip steps and reach a resolution.

Playing this out, you sent a C&D for The Satyr. Our next move will be sending a C&D for our horny barrel logo mark featured in Back Pew's "Satyr's Swill". Ironically, your client's use of our logo mark heightens any chance of commercial confusion. We've thus far chosen to ignore this logo mark infringement out of goodwill. As I expressed to your client, their C&D obviously changes this.

Rather than pursuing our respective claims in court, we're willing to trade a coexistence agreement for our logo mark in exchange for a coexistence agreement over "Satyr". Please let me know if this is acceptable to your client. Otherwise, we're inclined to pursue our logo mark infringement claim, as well as defend against your client's

trademark claim, as we believe there is no likelihood of confusion.

I'm happy to hop on a call to see if a resolution can be reached prior to turning this matter over to our new counsel.

Best Regards,


Jeffrey Stuffings
Co-Founder
Jester King Brewery
13187 Fitzhugh Rd.
Austin, TX 78736
(512) 364-7278 (cell)
www.jesterkingbrewery.com




On Wed, Aug 20, 2025 at 12:52 PM Bernice J. Bertram <bjbertram@garnerlegal.com> wrote:

> Mr. Stuffings:
>
> Please see the attached correspondence from Elliot Ginsburg. A hard copy will follow by Federal Express.
>
> Thank you.
>
>
> Bernice J. Bertram
> Garner, Ginsburg & Johnsen, P.A.
> 333 Washington Avenue N.
> Suite 300
> Minneapolis, MN  55401

Direct:  612-259-4802
Fax:  612-259-4810
Email:  bjbertram@garnerlegal.com
Web:  www.garnerlegal.com

NOTICE: This electronic mail transmission may contain an attorney-client communication that is confidential and privileged. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling 612-259-4800, so that our address record can be corrected.