# Exhibit M

On Wed, Aug 27, 2025 at 5:33 PM Elliot Ginsburg <EGinsburg@garnerlegal.com> wrote:

> Mr. Stuffings, thank you for your response.
>
> We understand that Jester King would like to reach a resolution – the same is true of Back Pew. As you know, Bobby Harl, Back Pew's CEO, contacted you multiple times over the past few months to discuss the issue in hopes of resolving this matter directly.

Back Pew would of course prefer to keep claims out of court, but a co-existence agreement allowing Jester King's unfettered use of THE SATYR in exchange for a co-existence agreement on the right to use a horned barrel image is not acceptable. Back Pew has been using the horned barrel on its label for SATYR'S SWILL since 2016. Having not mentioned anything for 9 years, Jester King appears to only now claim to be concerned after it decided to use a confusingly similar trademark to Back Pew's SATYR'S SWILL.

Back Pew insists that Jester King cease using THE SATYR or any mark confusingly similar to SATYR'S SWILL.

If you have counsel representing you in this matter, please pass this along to them and your counsel can respond.

Best,

Elliot

---

**From:** Jeffrey Stuffings <jstuffings@jesterkingbrewery.com>
**Sent:** Thursday, August 21, 2025 9:58 AM
**To:** Bernice J. Bertram <bjbertram@garnerlegal.com>
**Cc:** Elliot Ginsburg <EGinsburg@garnerlegal.com>
**Subject:** Re: The Satyr - Back Pew Brewing

 **IRONSCALES** couldn't recognize this email as this is the first time you received an email from this sender jstuffings@jesterkingbrewery.com

Hello Bernice,

Nice to make your acquaintance. As a starter, and as I'd assume you already know, we're conflicted out of Drumm Law in this matter. I'd ask as a courtesy that you please factor the retention of new trademark counsel on our end into your timeline.

As far as the substantive matter, and before we retain new counsel, I'd throw this out now as a way to skip steps and reach a resolution.

Playing this out, you sent a C&D for The Satyr. Our next move will be sending a C&D for

our horny barrel logo mark featured in Back Pew's "Satyr's Swill". Ironically, your client's use of our logo mark heightens any chance of commercial confusion. We've thus far chosen to ignore this logo mark infringement out of goodwill. As I expressed to your client, their C&D obviously changes this.

Rather than pursuing our respective claims in court, we're willing to trade a coexistence agreement for our logo mark in exchange for a coexistence agreement over "Satyr". Please let me know if this is acceptable to your client. Otherwise, we're inclined to pursue our logo mark infringement claim, as well as defend against your client's trademark claim, as we believe there is no likelihood of confusion.

I'm happy to hop on a call to see if a resolution can be reached prior to turning this matter over to our new counsel.

Best Regards,


Jeffrey Stuffings
Co-Founder
Jester King Brewery
[13187 Fitzhugh Rd.
Austin, TX 78736](#)
(512) 364-7278 (cell)
[www.jesterkingbrewery.com](#)



On Wed, Aug 20, 2025 at 12:52 PM Bernice J. Bertram <[bjbertram@garnerlegal.com](#)> wrote:

> Mr. Stuffings:
>
> Please see the attached correspondence from Elliot Ginsburg. A hard copy will

follow by Federal Express.

Thank you.



Bernice J. Bertram
Garner, Ginsburg & Johnsen, P.A.
333 Washington Avenue N.
Suite 300
Minneapolis, MN  55401
Direct:  612-259-4802
Fax:  612-259-4810
Email:  bjbertram@garnerlegal.com
Web:  www.garnerlegal.com

NOTICE: This electronic mail transmission may contain an attorney-client communication that is confidential and privileged. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling 612-259-4800, so that our address record can be corrected.