IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| SAINTS & SINNERS BREWING COMPANY, LLC D/B/A BACK PEW BREWING COMPANY<br><br>*Plaintiff*,<br><br>v.<br><br>JESTER KING CRAFT BREWERY, LLC<br><br>*Defendant*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 1:25-cv-1620-RP |

**DECLARATION OF ROBERT ("BOBBY") HARL JR.
IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

1.  My name is Robert ("Bobby") Harl Jr. I am over 18 years of age, of sound mind, and fully competent to make this declaration. I have personal knowledge of the facts stated in this declaration, and if called to testify, I could and would testify truthfully to the matters stated herein. I am the owner and brewmaster of Saints & Sinners Brewing Company, LLC d/b/a Back Pew Brewing Company ("Back Pew"). In that role, I am responsible for Back Pew's branding decisions, product launches, marketing, distribution relationships, and the maintenance and protection of Back Pew's intellectual property.

2.  Back Pew has used the mark SATYR'S SWILL in commerce for beer since 2015, with the first commercial release of SATYR'S SWILL occurring in January 2016. SATYR'S SWILL is Back Pew's flagship German bock-style beer. Since its first commercial release, Back Pew has continuously brewed, marketed, and sold SATYR'S SWILL. Back Pew sells SATYR'S

SWILL through common craft-beer channels, including our taproom and through wholesale distribution to retailers and bars/restaurants.

3. Back Pew's SATYR'S SWILL sales have included distribution in Texas, including the Greater Houston area, and through other channels in Texas cities. Back Pew can and will provide records reflecting SATYR'S SWILL sales volume, case-equivalents, keg sales, revenue, and geographic distribution footprint during discovery and/or in further support of the motion for preliminary injunction. To date, SATYR'S SWILL has a sales volume of 76,000 gallons, amounting to 19,000 cases, 2,400 half barrel kegs, and 1,300 one-sixth barrel kegs. These sales have generated approximately $812,800.00. SATYR'S SWILL's key geographic footprint is the greater Houston area, but includes Conroe, Galveston, Katy, Mont Belvieu, and Beaumont.

4. Back Pew has also invested substantial time and resources in building goodwill in the SATYR'S SWILL brand, including label development, advertising and promotion, participation in events and tastings, and ongoing marketing. Back Pew has spent approximately $40,000.00 in marketing. Back Pew's SATYR'S SWILL has strong consumer recognition reflected in online craft-beer communities. As of February 2026, SATYR'S SWILL has approximately 4,835 ratings on Untappd.com. Back Pew's social media presence further reflects the goodwill and consumer recognition associated with Back Pew and its products. Back Pew currently has approximately 18,550 Facebook followers and approximately 8,644 Instagram followers.

5. Back Pew's taproom and brand also reflect strong consumer goodwill through third-party reviews. Back Pew currently has approximately 427 Google reviews with an average rating of approximately 4.8 stars, and approximately 59 Yelp reviews with an average rating of approximately 4.2 stars. Back Pew has been featured in local and community publications and

events, including a local interview/profile of Back Pew and community involvement connected with local running events and a 2025 community chili cook-off.

6. Additionally, Back Pew has expanded its SATYR-branded product family. In September 2024, Back Pew launched a beer called SON OF SATYR ("SoS"). Since its launch, SoS has generated $70,020.95 in gross sales, consisting of 1,361 cases, 98 half-barrel kegs, and 260 one-sixth-barrel kegs sold. Back Pew's marketing and promotional expenditures specifically associated with SoS are approximately $10,000. SoS has also developed consumer recognition. As of February 2026, SoS has approximately 336 ratings on Untappd.com.

7. Back Pew filed a federal trademark application for SATYR'S SWILL with the United States Patent and Trademark Office (Serial No. 99345024). The application was filed under Section 1(a) based on use in commerce and reflects Back Pew's longstanding use of SATYR'S SWILL for beer. In 2025, I learned that Jester King Craft Brewery, LLC ("Jester King") began marketing and selling a German-style beer under the name THE SATYR.

8. I became concerned about confusion in the marketplace after a Back Pew sales representative contacted me and expressed uncertainty about whether Jester King's product called THE SATYR was related to Back Pew's SATYR'S SWILL beer. That internal confusion prompted me to investigate and to reach out to Jester King quickly in order to avoid actual consumer confusion in the marketplace. To date, Back Pew does not rely on documented instances of consumer confusion for purposes of this declaration, although I believe confusion is likely, given the similarity of the marks, the identity of the goods, and the overlapping channels of trade. Jester King's continued use of THE SATYR has harmed and will continue to harm Back Pew's business. Confusion in the marketplace threatens Back Pew's ability to control its reputation and the goodwill associated with the SATYR'S SWILL and SON OF SATYR brands. These harms

are difficult to quantify and cannot be fully remedied through money damages alone. Once consumers are confused, Back Pew cannot "unconfuse" them or fully repair the reputational and goodwill impacts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27th, 2026.

Robert ("Bobby") Harl Jr.