IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| SAINTS & SINNERS BREWING COMPANY, LLC D/B/A BACK PEW BREWING COMPANY | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:25-cv-1620-RP |
| JESTER KING CRAFT BREWERY, LLC | § § § | |
| *Defendant*. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Before the Court is Plaintiff Saints & Sinners Brewing Company, LLC D/B/A Back Pew Brewing Company's Motion for Preliminary Injunction ("Motion"). Plaintiff's Motion seeks a preliminary injunction against Defendant Jester King Craft Brewery, LLC prohibiting Defendant from using the infringing mark. Having considered Plaintiff's Motion, the responses and any replies thereto, the parties' arguments, the evidence before the Court, and the controlling law for injunctive relief, the Court finds that Plaintiff has shown: (1) a substantial likelihood of success in proving trademark infringement exists by Defendant's use of the infringing mark; (2) a substantial threat of continuing irreparable injury exists if the injunction is not issued and Defendant is allowed to continue actively promoting the infringing mark; (3) the threatened and continued injury if the injunction is denied outweighs any harm that will result if the injunction is granted; and (4) the grant of an injunction will serve the public interest by avoiding a likelihood of confusion as well as protecting valid trademark rights. For the foregoing reasons, Plaintiff's Motion for a preliminary injunction is **GRANTED**.

2

**IT IS ORDERED** that Plaintiff Saints & Sinners Brewing Company, LLC D/B/A Back Pew Brewing Company's Motion for Preliminary Injunction is GRANTED. Defendant Jester King Craft Brewery, LLC shall cease all use of the infringing mark, and any other confusingly similar marks, on or before _____ 2026, until the court renders a final judgment in this case. Defendant Jester King Craft Brewery, LLC shall file with the court a notice confirming compliance with this order on or before _____, 2026. The Court reserves jurisdiction to enforce, modify, or dissolve this Order as necessary.

**IT IS SO ORDERED**.

SIGNED:_____, 2026.

_____
ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE